No. 248. OLUF O. GILSETH v. A. G. RISTY ET AL. Error to the Circuit Court of Minnehaha County, South Dakota. Motion to dismiss submitted March 9, 1925. Decided March 16, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6; (2) *Champion Lumber Co.* v. *Fisher,* 227 U. S. 445, 450, 451; *Muse* v. *Arlington Hotel Co.,* 168 U. S. 430, 435; *United States* v. *Lynch,* 137 U. S. 280, 285. *Mr. William G. Porter* for defendants in error in support of the motion to dismiss. *Mr. C. O. Bailey* in opposition to the motion to dismiss.

No. 238. A. BRAMBINI ET AL. v. UNITED STATES ET AL.; and

No. 259. A. BRAMBINI ET AL. v. SUPERIOR COURT OF THE STATE OF CALIFORNIA, ETC., ET AL. Error to the Supreme Court of the State of California. Argued March 9, 1925. Decided March 16, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. Robert Ash,* with whom *Mr. R. P. Henshall* was on the brief, for plaintiffs in error. *Messrs. W. B. Wheeler, Edward B. Dunford* and *U. S. Webb,* were on the brief for defendants in error.

No. 281. COUNTY OF TUOLUMNE ET AL. v. RAILROAD COMMISSION OF THE STATE OF CALIFORNIA ET AL. Error to the Supreme Court of the State of California. Argued March 9, 10, 1925. Decided March 16, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) section 237 of the Judicial Code, as amended by the